IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MARY CAROL WEST                                                                    PLAINTIFF

v.                                       No. 4:15-cv-398-DPM

CENTRAL ARKANSAS LIBRARY SYSTEM,
Adolphine Fletcher Terry Library; NATALIN
MARTIN; and DR. ROBERTS                                                          DEFENDANTS

ORDER

1. The Court must screen West's proposed amended complaint. № 5. West has slurred speech, a side effect of a "stroke/cardiac event." № 5 at 5. At the Terry library, she asked for a study room, but was told none was available. № 2 at 2. She followed up about an hour later with a different employee, who knew nothing about any waiting list. № 2 at 3. West then asked for an accommodation because of her handicap, but the library employee "stared and walked off . . .." № 5 at 5. Construing these allegations liberally, and with the help of the allegations in the original complaint, the Court finds that West has stated a plausible claim under the Americans with Disabilities Act against the Central Arkansas Library System. West has not, however, pleaded specific facts that show any plausible entitlement to relief against either Martin or Roberts. The Court dismisses those defendants

without prejudice.

2. The Court directs the Clerk to prepare summons for the Central Arkansas Library System. The United States Marshal shall serve the summons, the complaint, the amended complaint, and this Order on the Library's designated agent for service of process without prepayment of fees and costs or security therefor.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

24 July 2015