IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**MARY CAROL WEST**                                                                 **PLAINTIFF**

v.                                    No. 4:15-cv-398-DPM

**CENTRAL ARKANSAS LIBRARY SYSTEM,**
**Adolphine Fletcher Terry Library**                                       **DEFENDANT**

ORDER

Mary West filed a paper entitled "supplemental identity and motion for Defendant to supply the U.S. Courts with information of library of ADA compliance." № 11. This looks like a discovery request. It is premature. West may request discovery from the defendant after the parties have their Rule 26(f) conference. FED. R. CIV. P. 26(d)(1). To the extent № 11 is a motion, it's denied.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

28 September 2015