IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MARY CAROL WEST                                                                         PLAINTIFF

v.                                           No. 4:15-cv-398-DPM

CENTRAL ARKANSAS LIBRARY SYSTEM,
Adolphine Fletcher Terry Library; NATALIN
MARTIN; and DR. ROBERTS                                                                DEFENDANTS

ORDER

1. The parties have a discovery dispute. While this should be handled according to the procedure in the Court's Final Scheduling Order, № 16 at 3, the Court is convinced that the Library has tried but failed to work things out with West. She says she hasn't gotten all the information she requested after the Library made its initial disclosures. But West must make her initial disclosures to the Library *before* seeking more discovery. FED. R. CIV. P. 26(a)(1)(E).

2. The motion to compel, № 17, is granted. West must review the Federal Rules of Civil Procedure, and make her complete initial disclosures to the Library, by 15 February 2016. The Court cautions West: she must follow the Federal Rules of Civil Procedure and the Court's Local Rules. If she does not, she could face sanctions. See FED. R. CIV. P. 37(c).

**3.** The Court directs West and the Library's lawyer to meet and confer on 18 February 2016, after West's deposition, and resolve any remaining discovery disputes.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

9 February 2016