IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MARY CAROL WEST                                                              PLAINTIFF

v.                             No. 4:15-cv-398-DPM

CENTRAL ARKANSAS LIBRARY SYSTEM,
Adolphine Fletcher Terry Library; NATALIN
MARTIN; and DR. ROBERTS                                              DEFENDANTS

ORDER

Status Report, № 22, noted and appreciated. The Library must respond to West's requests by 24 March 2016.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

24 February 2016