IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MARY CAROL WEST                                                                              PLAINTIFF

v.                                      No. 4:15-cv-398-DPM

CENTRAL ARKANSAS LIBRARY SYSTEM,
Adolphine Fletcher Terry Library; NATALIN
MARTIN; and DR. ROBERTS                                                          DEFENDANTS

ORDER

The Court will hold a hearing on the parties' current discovery dispute at 1:30 p.m. on Tuesday, 19 April 2016. The hearing will be held at the Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas 72201 in courtroom B155. The Court would appreciate the Library filing a copy of the transcript of West's deposition by 8 April 2016. The Court also reminds West of her obligation to keep her contact information current. LOCAL RULE 5.5(c)(2).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

31 March 2016