IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MARY CAROL WEST                                         PLAINTIFF

v.                           No. 4:15-cv-398-DPM

CENTRAL ARKANSAS LIBRARY SYSTEM,
Adolphine Fletcher Terry Library                        DEFENDANT

ORDER

1. For the reasons stated on the record at the 20 April 2016 hearing, the Library's motion to compel, № 25, is granted and West's motions, № 24 & 29, are denied. The Court directed West to sign the medical authorization, and she did so at the hearing. The Court further directed her to provide the Library a list of all medical providers (doctors, clinics, hospitals) who diagnosed or treated her disability. The list doesn't have to be perfect, but it should be as complete as West can make it. The list is due by Monday, 25 April 2016. The Library must provide West an electronic copy of all medical records the Library receives in response to the authorization.

2. The Library may not disclose West's medical records to anyone. If the Library wishes to use the records in this lawsuit, then it must file them under seal. At the end of the case, the Library must either destroy all copies

of the records (paper or electronic) or return them to West. Once the Library

has completed this task, it must certify to the Court that it has done so.

**3.** At the hearing the Court received West's exhibit 1. It will be filed

under seal because it contains some personal medical information.

So Ordered.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

21 April 2016