IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MARY CAROL WEST                                                              PLAINTIFF

v.                              No. 4:15-cv-398-DPM

CENTRAL ARKANSAS LIBRARY SYSTEM,
Adolphine Fletcher Terry Library                                            DEFENDANT

JUDGMENT

West's amended complaint is dismissed with prejudice.

*signature*
D.P. Marshall Jr.
United States District Judge

13 July 2016